# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| MONICA ALTIC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 06-6009-CV-SJ-FJG |
| CLINTON CARE and REHAB CENTER, INC. | ) ) ) |
| Defendant. | ) |

## ORDER

Currently pending before the Court is defendant's Motion to Strike Plaintiff's Claim for Liquidated Damages (Doc. # 3).

Defendant states that plaintiff's Complaint is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, for alleged sex discrimination based on her pregnancy. Defendant states that plaintiff's prayer for relief contains a demand for liquidated damages. Defendant argues that liquidated damages are not available under Title VII. Plaintiff filed no suggestions in opposition to the Motion. As the Court in Baker v. John Morrell, 263 F.Supp.2d 1161, 1183 (N.D. Iowa 2003), stated, "Title VII, of course, does not contain a liquidated damages provision." Accordingly, for good cause shown, with no opposition indicated, the Court hereby **GRANTS** defendant's Motion to Strike Plaintiff's Claim for Liquidated Damages.

Date: July 25, 2006　　　　　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge